# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____ *Attorneys at Law*_____

November 12, 2018

<u>*Via ECF*</u>

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *O'Hara v. Board of Cooperative Educational Services of Southern Westchester, et.al*
      Docket No.: 18-CV-8502 (PAE)

Dear Judge Engelmayer:

    This office represents plaintiff Kathleen O'Hara in the above-referenced action. Pursuant to Your Honor's November 9, 2018 Order, Plaintiff does not oppose Defendants' motion to transfer.

    We thank Your Honor for your attention and consideration in this matter.

    Best regards,

    LEEDS BROWN LAW, P.C.

    _____/s/_____
    Sean O'Hara
    LEEDS BROWN LAW, P.C.
    One Old Country Road, Suite 347
    Carle Place, N.Y. 11514
    (516) 873-9550

cc: All Counsel (*Via ECF*)