# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____ *Attorneys at Law*_____

July 10, 2020

<u>*Via ECF*</u>
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10607

Re:   *O'Hara v. Board of Cooperative Educational Services of Southern Westchester, et.al*
      Docket No.: 18-CV-8502 (KMK)(LMS)

Dear Judge Karas:

    This office represents Plaintiff Kathleen O'Hara in the above-referenced action. As per Your Honor's order, dated June 29, 2020, directing Plaintiff to identify if the Action is being further prosecuted. As per Plaintiff, there will not be a further Amended Complaint.

    Counsel for Plaintiff thanks Your Honor for your attention and consideration in this matter.

Best regards,

LEEDS BROWN LAW, P.C.

/s/
Sean O'Hara

cc: All Counsel (*Via ECF*)