**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

July 28, 2020

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *O'Hara v. Board of Cooperative Educational Services of Southern Westchester, et al.*
       18-CV-8502 (KMK)(LMS)

Dear Judge Karas:

  We represent the defendants in the above-referenced matter. Pursuant to this Court's Order of July 15, 2020 (Doc. No. 50), the plaintiff's claims were dismissed with prejudice and the Clerk of Court was directed to close the case. Although the case has been closed, we write to respectfully request that a judgment be issued in this matter.

  We greatly appreciate the Court's time and attention to this matter.

          Respectfully submitted,

          By: /s/ Karen Rudnicki
          Lewis R. Silverman
          Karen C. Rudnicki
          Attorneys for Defendants
          445 Hamilton Avenue, Suite 1102
          White Plains, New York 10601
          (914) 574-4510

TO: Sean O'Hara, Esq. (*Via ECF*)
   Leeds Brown Law, P.C.
   Attorneys for Plaintiff