UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KATHLEEN O'HARA,                                          Docket No: 18-cv-08502 (KMK)

                                Plaintiff,

              -against-                                    **JUDGMENT**

BOARD OF COOPERATIVE EDUCATIONAL
SERVICES, SOUTHERN WESTCHESTER;
HAROLD COLES, JAMES GRATTO, DAVID
PULLEY, LISA SCHUCHMAN, and JOHN
KNIGHT, in their official and individual capacities,

                                Defendants.
---------------------------------------------------------------X

**WHEREAS**, by virtue of the Court's Opinion and Order dated March 16, 2020, Defendants' motion to dismiss Plaintiff's Second Amended Complaint was granted in its entirety without prejudice;

**WHEREAS**, by virtue of the Court's Opinion and Order dated March 16, 2020, Plaintiff was given thirty days from the date of the Order to file a Third Amended Complaint, and instructed that failure to abide by the 30-day deadline would result in dismissal with prejudice;

**WHEREAS**, Plaintiff requested, and was granted, an extension to May 29, 2020 to file a Third Amended Complaint;

**WHEREAS**, that date having come and gone, Plaintiff made no such filing;

**WHEREAS**, by Order to Show Cause dated June 29, 2020, the Court directed that Plaintiff show cause, by no later than July 10, 2020, as to why the action should not be dismissed with prejudice;

**WHEREAS**, on July 10, 2020, Plaintiff filed a letter to the Court stating that no further amended complaint would be forthcoming;

**WHEREAS**, on July 15, 2020, the Court, by way of memo endorsement on Plaintiff's July 10, 2020 letter, converted the prior dismissal to one with prejudice as Plaintiff would not be further prosecuting the case, and directed the Clerk of Court to close the case;

**WHEREAS**, on July 15, 2020, the Clerk of Court closed this case;

**WHEREAS**, Defendants now respectfully request that the judgment dismissing the action with prejudice be entered by the Clerk of Court.

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated March 16, 2020, and its Order of July 15, 2020, the action is dismissed in its entirety with prejudice; accordingly, the Clerk of Court is respectfully directed to enter judgment.

**Dated:** White Plains, New York
August 27, 2020

_____
Hon. Kenneth M. Karas
United States District Judge